IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON MOSLEY,

          Petitioner,

v.

VINCENT CULLEN,[1]

          Respondent.

NO. C09-1749 TEH

ORDER FOR SUPPLEMENTAL BRIEFING

In this case, Petitioner Ron Mosley challenges a 2007 denial of parole by the Board of Parole Hearings. In a related case, Case No. C10-4907 TEH, in which Mosley challenges a 2008 denial of parole by the Board, this Court granted the parties' stipulation that the deadline for Mosley to file his traverse shall be extended until three weeks after the United States Supreme Court renders its decision in *Cate v. Pirtle*, Case No. 10-868.

IT IS HEREBY ORDERED that Mosley shall also file a supplemental brief in this case by the same deadline. The Court will issue a subsequent order if, after reviewing Mosley's supplemental brief, the Court determines that further briefing is warranted from Respondent.

**IT IS SO ORDERED.**

Dated: 02/03/11

                                              /s/ Thelton E. Henderson
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Vincent Cullen, acting warden at San Quentin State Prison, where Petitioner is currently confined, is hereby substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.