| | |
|---|---|
| DAVID W. SHAPIRO (219265) | KAMALA D. HARRIS |
| KIERAN P. RINGGENBERG (208600) | Attorney General of California |
| ALEXIS J. LOEB (269895) | PHILLIP J. LINDSAY |
| BOIES, SCHILLER & FLEXNER LLP | Supervising Deputy Attorney General |
| 1999 Harrison Street, Suite 900 | AMANDA J. MURRAY (223829) |
| Oakland, CA 94612 | Deputy Attorney General |
| Telephone: (510) 874-1000 | 455 Golden Gate Avenue, Suite 11000 |
| Facsimile: (510) 874-1460 | San Francisco, CA 94102-7004 |
| Email: dshapiro@bsfllp.com | Telephone: (415) 703-5741 |
|        kringgenberg@bsfllp.com | Facsimile: (415) 703-5843 |
|        aloeb@bsfllp.com | Email: Amanda.Murray@doj.ca.gov |
| Attorneys for Petitioner Ron Mosley | Attorneys for Respondent Michael Martel |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RON MOSLEY, | NO. C09-1749 TEH |
|     Petitioner, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER** |
| MICHAEL MARTEL, | |
|     Respondent. | |
| RON MOSLEY, | NO. C10-4907 TEH |
|     Petitioner, | |
| v. | |
| MICHAEL MARTEL, | |
|     Respondent. | |

STIPULATION AND [PROPOSED] ORDER

Pursuant to the Court's July 14, 2011 Order Staying Cases (Case No. C09-1749 TEH (Dkt #17) and Case No. C10-4907 TEH (Dkt #11)), Petitioner Ron Mosley and Respondent Michael Martel (together, the "Parties") jointly submit this stipulation concerning further briefing in the above-captioned matters.

WHEREAS, the Court's Order of July 14, 2011 stayed the above-captioned matters and required the parties to file stipulated briefing schedules within 14 days of the issuance of the mandate in Mosley's Ninth Circuit Appeal challenging his 2005 denial of parole, *Mosley v. Oroski*, Nos. 08-15327 and 08-15389 ("Ninth Circuit Appeal");

WHEREAS, the mandate in Mosley's Ninth Circuit Appeal issued on January 18, 2012;

WHEREAS, Respondent has agreed that Mosley shall remain released on bail pending the decision of a not-in-custody parole hearing scheduled for February 23, 2012;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that within fourteen days of the decision in Mosley's February 23, 2012 not-in-custody parole hearing, the parties shall meet and confer and file stipulated briefing schedules in these cases or, alternatively, stipulations to dismiss on mootness or other grounds.

Dated:  February 1, 2012.

BOIES, SCHILLER & FLEXNER LLP

By:  */s/ Alexis J. Loeb*

DAVID W. SHAPIRO (No. 219265)
dshapiro@bsfllp.com
KIERAN P. RINGGENBERG (No. 208600)
kringgenberg@bsfllp.com
ALEXIS J. LOEB (No. 269895)
aloeb@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP

By:  */s/ Amanda J. Murray*

KAMALA D. HARRIS
Attorney General of California
PHILLIP J. LINDSAY
Supervising Deputy Attorney General
AMANDA J. MURRAY (No. 223829)
Deputy Attorney General

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

## [~~PROPOSED~~] ORDER

Having considered the parties' February 1, 2012 stipulation, and for good cause shown, it is hereby ORDERED that the above-captioned matters shall remain stayed pending a decision following Petitioner Mosley's February 23, 2012 not-in-custody parole hearing. Within fourteen days of a decision following the not-in-custody hearing, the parties shall submit a stipulation setting a schedule for further briefing or dismissing the above-captioned matters.

**IT IS SO ORDERED.**

Dated: \_\_\_\_02/01\_\_\_\_, 2012   _____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

