
| | |
|---|---|
| DAVID W. SHAPIRO (219265)<br>KIERAN P. RINGGENBERG (208600)<br>ALEXIS J. LOEB (269895)<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>Email: dshapiro@bsfllp.com<br>     kringgenberg@bsfllp.com<br>     aloeb@bsfllp.com<br><br>Attorneys for Petitioner Ron Mosley | KAMALA D. HARRIS<br>Attorney General of California<br>CLAUDIA H. PHILLIPS<br>Supervising Deputy Attorney General<br>AMANDA J. MURRAY (223829)<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5741<br>Facsimile: (415) 703-5843<br>Email: Amanda.Murray@doj.ca.gov<br>Attorneys for Respondent Michael Martel |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RON MOSLEY,<br><br>          Petitioner,<br><br>     v.<br><br>MICHAEL MARTEL,<br><br>          Respondent. | NO. C09-1749 THE<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER OF DISMISSAL** |
| RON MOSLEY,<br><br>          Petitioner,<br><br>     v.<br><br>MICHAEL MARTEL,<br><br>          Respondent. | NO. C10-4907 THE |

STIPULATION AND [PROPOSED] ORDER

Pursuant to the Court's March 8, 2012 Order, Petitioner Ron Mosley and Respondent Michael Martel (together, the "Parties") jointly submit this stipulation concerning further briefing in the above-captioned matters.

WHEREAS, Respondent agreed that Mosley would remain released on bail pending the decision of a not-in-custody parole hearing scheduled for February 23, 2012;

WHEREAS the Board of Parole Hearings ("Board") found Mosley suitable for parole at the February 23, 2012 not-in-custody hearing, and Mr. Mosley thus remains on release;

WHEREAS the Board's decision became final on June 22, 2012, pursuant to California Penal Code § 3041(b); and

WHEREAS, the Governor's time to review the Board's decision expired on July 23, 2012, pursuant to California Penal Code § 3041.2, and the Governor took no action to disturb the Board's decision by that date; and

WHEREAS, the above-captioned petitions for a writ of habeas corpus are therefore moot because Mr. Mosley has been released on parole and that decision has become final;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that Mr. Mosley's petitions in the two above-captioned matters shall be dismissed as moot.

Dated:  August 3, 2012

BOIES, SCHILLER & FLEXNER LLP

By:  */s/* Kieran P. Ringgenberg

DAVID W. SHAPIRO (No. 219265)
dshapiro@bsfllp.com
KIERAN P. RINGGENBERG (No. 208600)
kringgenberg@bsfllp.com
ALEXIS J. LOEB (No. 269895)
aloeb@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP

By:  */s/* Amanda J. Murray

KAMALA D. HARRIS
Attorney General of California
CLAUDIA H. PHILLIPS
Supervising Deputy Attorney General
AMANDA J. MURRAY (No. 223829)
Deputy Attorney General

Pursuant to L.R. N.D. Cal. 5-1(c)(4) and 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

# [PROPOSED] ORDER

Having considered the parties' August 3, 2012 stipulation, and for good cause shown, it is hereby ORDERED that the above-captioned matters are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____08/07_____, 2012

_____
THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT