| | |
|---|---|
| DAVID W. SHAPIRO (219265) | KAMALA D. HARRIS |
| KIERAN P. RINGGENBERG (208600) | Attorney General of California |
| ALEXIS J. LOEB (269895) | CLAUDIA H. PHILLIPS |
| BOIES, SCHILLER & FLEXNER LLP | Supervising Deputy Attorney General |
| 1999 Harrison Street, Suite 900 | AMANDA J. MURRAY (223829) |
| Oakland, CA 94612 | Deputy Attorney General |
| Telephone: (510) 874-1000 | 455 Golden Gate Avenue, Suite 11000 |
| Facsimile: (510) 874-1460 | San Francisco, CA 94102-7004 |
| Email: dshapiro@bsfllp.com | Telephone: (415) 703-5741 |
| kringgenberg@bsfllp.com | Facsimile: (415) 703-5843 |
| aloeb@bsfllp.com | Email: Amanda.Murray@doj.ca.gov |
| | Attorneys for Respondent Michael Martel |

Attorneys for Petitioner Ron Mosley

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RON MOSLEY, | NO. C09-1749 THE |
| Petitioner, | |
| v. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| MICHAEL MARTEL, | |
| Respondent. | |
| RON MOSLEY, | NO. C10-4907 THE |
| Petitioner, | |
| v. | |
| MICHAEL MARTEL, | |
| Respondent. | |

STIPULATION AND [PROPOSED] ORDER

Pursuant to the Court's March 8, 2012 Order, Petitioner Ron Mosley and Respondent Michael Martel (together, the "Parties") jointly submit this stipulation concerning further briefing in the above-captioned matters.

WHEREAS, Respondent agreed that Mosley would remain released on bail pending the decision of a not-in-custody parole hearing scheduled for February 23, 2012;

WHEREAS the Board of Parole Hearings ("Board") found Mosley suitable for parole at the February 23, 2012 not-in-custody hearing, and Mr. Mosley thus remains on release;

WHEREAS the Board's decision became final on June 22, 2012, pursuant to California Penal Code § 3041(b); and

WHEREAS, the Governor's time to review the Board's decision expired on July 23, 2012, pursuant to California Penal Code § 3041.2, and the Governor took no action to disturb the Board's decision by that date; and

WHEREAS, the above-captioned petitions for a writ of habeas corpus are therefore moot because Mr. Mosley has been released on parole and that decision has become final;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that Mr. Mosley's petitions in the two above-captioned matters shall be dismissed as moot.

Dated:  August 3, 2012

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Kieran P. Ringgenberg

DAVID W. SHAPIRO (No. 219265)
dshapiro@bsfllp.com
KIERAN P. RINGGENBERG (No. 208600)
kringgenberg@bsfllp.com
ALEXIS J. LOEB (No. 269895)
aloeb@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Amanda J. Murray

KAMALA D. HARRIS
Attorney General of California
CLAUDIA H. PHILLIPS
Supervising Deputy Attorney General
AMANDA J. MURRAY (No. 223829)
Deputy Attorney General

Pursuant to L.R. N.D. Cal. 5-1(c)(4) and 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

# [~~PROPOSED~~] ORDER

Having considered the parties' August 3, 2012 stipulation, and for good cause shown, it is hereby ORDERED that the above-captioned matters are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: \_\_\_\_08/07\_\_\_\_, 2012

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

*(Signed: Judge Thelton E. Henderson — United States District Court, Northern District of California seal)*